1AO 450 (Rev. 5/85) Judgment in a Civil CASE

## UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __NEW YORK__

KARA PENNA and RONALD PENNA, M.D.,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s)

V.

PEERLESS INSURANCE COMPANY,

Defendant(s)                         CASE NUMBER:
                                     06-CV-6201

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have  been tried and the jury has rendered its verdict.

X   **Decision by Court.**  This action came to hearing before the Court.  The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant Peerless's motion for summary judgment is granted.

September 25, 2007                    RODNEY C. EARLY
Date                                 Clerk


                                     s/Tricia M. O'Fray
                                     (BY) TRICIA M. O' FRAY
                                     Deputy Clerk